VERMILYA and Another *v.* DAVIS.

If a defendant appear to an action before a justice of the peace without objecting to the process, he cannot object to it on appeal in the Circuit Court.

ERROR to the *Huntington* Circuit Court.

DEWEY, J.—*Vermilya* and *Stewart* commenced an action of assumpsit against *Davis* before *W. G. Johnson,* a justice of the peace, and recovered judgment against the defendant by default. On the application of the defendant, the judgment was opened and a new trial granted. A change of venue was awarded on the affidavit of the defendant, transferring

the cause before *J. Johnson*, another justice of the peace. He issued a summons to the defendant, returnable on the 16th day of *September*, 1842, " at 10 o'clock, p. m." On that day the parties appeared ; and the defendant making no defence, judgment went for the plaintiff. The defendant appealed, moved the Circuit Court to dismiss the action on account of irregularity in the proceedings before justice *J. Johnson*, and the motion prevailed. Judgment for costs against the plaintiff.

The irregularity complained of is, that the summons was returnable at an improper time of the day, to wit, 10 o'clock, p. m.

We think the appearance of the defendant before the justice, without objecting to the process, was a waiver of all right to object to it in the Circuit Court; and that an error was committed by dismissing the action.

*Per Curiam.* — The judgment is reversed with costs. Cause remanded, &c.

*T. Johnson* and *R. Brackenridge*, for the plaintiffs.

*W. Wright*, for the defendant.